IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

   v.

GOOGLE INC.,

    Defendant.

No. C 12-4177 SI

**ORDER GRANTING MOTION OF CONSUMER WATCHDOG FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Nonparty Consumer Watchdog has filed a motion for leave to file an *amicus curiae* brief in opposition to the proposed stipulated order of the parties. The Court GRANTS the request, and directs that the *amicus* brief be filed no later than September 21, 2012. The parties may file reply briefs by September 28, 2012. After review of the briefing, the Court will schedule a hearing if necessary.

This order resolves Docket No. 9.

**IT IS SO ORDERED.**

Dated: August 28, 2012

SUSAN ILLSTON
United States District Judge