IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KINNEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>BRISTOL-MYERS SQUIB COMPANY, *et al.*,<br><br>    Defendants.<br>                                      / | No. C 12-4477 SI; No. C 12-4478 SI<br><br>**ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c) the Court *sua sponte* refers these cases to Judge Chen for a determination of whether they are related to *Caouette et al v. Bristol-Myers Squibb Company et al.*, C 12-1814 EMC.

**IT IS SO ORDERED.**

Dated: August 29, 2012

                                                            SUSAN ILLSTON
                                                            United States District Judge